___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

APR 2 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BEVERLY INEZ NUNEZ,<br><br>Defendants. | 3:18-CR-0008-LRH-WGC<br><br>**ORDER** |

On April 25, 2018, defendant Beverly Inez Nunez was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve two (2) days in jail at the Washoe County Detention Facility for violations of supervised release as follows:

1. On Sunday, May 6, 2018, at 12:00 p.m., the defendant shall self surrender to the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512. Thereafter, on Monday, May 7, 2018, at 11:00 a.m., the defendant shall be released from custody on her own recognizance

2. On Sunday, May 13, 2018, at 12:00 p.m., the defendant shall self surrender to the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512. Thereafter, on Monday, May 14, 2018, at 11:00 a.m., the defendant shall be released from custody on her own recognizance

**IT IS SO ORDERED.**

DATED: April 25, 2018.

_____
ROBERT A. MCQUAID, JR.
UNITED STATES MAGISTRATE JUDGE