
✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:18-CR-0008-LRH-WGC |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| BEVERLY INEZ NUNEZ, | |
| Defendants. | |

On April 25, 2018, defendant Beverly Inez Nunez was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve two (2) days in jail at the Washoe County Detention Facility for violations of supervised release as follows:

1. On Sunday, May 13, 2018, at 12:00 p.m., the defendant shall self surrender to the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512. Thereafter, on Monday, May 14, 2018, at 11:00 a.m., the defendant shall be release for custody on her own recognizance.

2. On Sunday, May 20, 2018, at 12:00 p.m., the defendant shall self surrender to the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512. Thereafter, on Monday, May 21, 2018, at 11:00 a.m., the defendant shall be release for custody on her own recognizance.

**IT IS SO ORDERED.**

DATED: May 9, 2018.

_____
ROBERT A. MCQUAID, JR.
UNITED STATES MAGISTRATE JUDGE